# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| | on Criminal Complaint |
| v. | |
| **KEVIN MCCAA** | CASE NUMBER **22-mj-227** |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Liberty |
| Deputy Clerk: Mary Murawski | Hearing Began: 1:58 |
| Hearing Held: December 29, 2022 at 2:00 P.M. | Hearing Ended: 2:05 |

**Appearances:**

UNITED STATES OF AMERICA by: Margaret Honrath and Abbey Marzick
KEVIN MCCAA, in person, and by: Craig Albee  ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Joshua Hanzlik
INTERPRETER: ☑ None ☐ Sworn

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties, and fines
☐ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☑ **Preliminary Hearing/Arraignment and Plea set for January 11, 2023 at 9:00 A.M.**

Maximum Penalties:
18:1111, 114 and 2(a) IMPRISON: Life; S.R.: 5 years; FINE: $250,000; S.A.: $100. Statute allows the death penalty if alleged it was 1st degree murder, not alleged in this complaint.
18:92(c) and 2(a) IMPRISON: mandatory minimum 10 years – Life; to run consecutive to any other sentence imposed; S.R.: 5 years: FINE: $250,000; S.A.: $100.
18:922(G)(1) AND 924(A)(8) IMPRISON: maximum of 15 years; S.R.: 3 years; FINE: $250,000; S.A.: $100.

DEFENSE not challenging detention; request detained on presumption; once they have a release plan will file a motion to revisit detention.

COURT: defendant detained on the presumption.

**Bond Status:**
  ☑  Defendant is ordered detained pending trial (*See* Order of Detention Pending Trial)