UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

   *vs.*           Case No. 22-mj-227

KEVIN McCAA,

    *Defendant.*

## NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT

   Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that, the individual defendant in the above-referenced matter, is represented by Federal Defender Services of Wisconsin, Inc., through undersigned counsel.

   Dated at Milwaukee, Wisconsin, this 30th day of December, 2022.

        Respectfully submitted,

        */s/  Craig W. Albee*
        Craig W. Albee, WI Bar #1015752
        Federal Defender Services
         of Wisconsin, Inc.
        411 E. Wisconsin Avenue – Suite 2310
        Milwaukee, WI  53202
        Tel.  (414) 221-9900
        Email:  craig_albee@fd.org

        *Counsel for Defendant, Kevin McCaa*